# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JAVIER VALLE HERNANDEZ, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | **Case No.  1:23-cv-00835-SKO**<br><br>**ORDER GRANTING UNOPPOSED PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>**(Doc. 21)** |

The Court, having considered the Petition of Jose Javier Valle Hernandez for Appointment as Guardian ad Litem for E.P.V.A. and E.S.V.A (Doc. 21), minor plaintiffs in the above-referenced action, along with the declaration in support of the Petition, to which no opposition has been filed and good cause appearing, IT IS HEREBY ORDERED that Jose Javier Valle Hernandez be, and is hereby, appointed as Guardian Ad Litem for E.P.V.A. and E.S.V.A in the above-referenced action pursuant to Federal Rule of Civil Procedure 17(c)(2).  *See* E.D. Cal. Local Rule 202(a).

IT IS SO ORDERED.

Dated: __**February 19, 2025**__     ____*/s/ Sheila K. Oberto*____
                   UNITED STATES MAGISTRATE JUDGE