# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSE JAVIER VALLE HERNANDEZ, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.  1:23-cv-00835-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 38)

On May 4, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 38).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  **May 5, 2026**                        _Erin Sry Castllo_
                                                    UNITED STATES MAGISTRATE JUDGE